IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| C.E.H., | * |
| Plaintiff, | * |
| v. | Case No.  5:22-cv-115-MTT |
| | * |
| COMISSIONER OF SOCIAL SERCURITY, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 5, 2023, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 5th day of July, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk